**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6349**

SCOTLAND E. WILLIAMS,

             Plaintiff - Appellant,

        v.

FRANK SIZER, Commissioner; LEHRMAN DOTSON, Warden; KAREN
GIBSON, Mail Clerk,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (1:06-cv-
01759-AMD)

Submitted: July 22, 2008            Decided: July 25, 2008

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Scotland E. Williams, Appellant Pro Se. Phillip Michael Pickus,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scotland E. Williams appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Williams v. Sizer</u>, No. 1:06-cv-01759-AMD (D. Md. Aug. 10, 2007; Feb. 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>